UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

DANIEL JOSEPH DUPLANTIER                                    CIVIL ACTION

VERSUS                                                      NO. 09-8066

BISSO MARINE CO., INC., ET AL                               SECTION "N" (4)

## ORDER AND REASONS

Before the Court is the motion of defendant Bisso Marine Company, Inc. ("Bisso Marine"), to strike the new tax returns of plaintiff Daniel Joseph Duplantier ("Duplantier") (Rec. Doc. 53). This motion is opposed, and several reply memoranda were filed in connection with it.

Bisso Marine seeks to strike from evidence tax returns plaintiff filed for the years 2006-2008 and an amended return for 2009 prepared by a certified public accountant retained by plaintiff. For the reasons stated herein, a ruling on this motion is **DEFERRED TO TRIAL**, subject to the satisfaction of the following conditions. The Court agrees with Bisso Marine that the preparation of these tax returns, and the identification and production of them as exhibits in this litigation, suggest that they were generated solely for the purposes of supporting plaintiff's claim in this litigation. Specifically, these returns were prepared and produced following a settlement conference in this matter on May 6, 2011, in which Bisso Marine clearly outlined an historical calculation of

1

the plaintiff's wages.  Only thereafter, on May 24th and 26th, did Duplantier provide new tax returns purporting to demonstrate a dramatic increase in his earnings for income years 2006 through 2009 – more than double of that previously indicated.

In order to further demonstrate the veracity and probative nature of these tax returns, and likewise dispel the suspicious nature of them, the Court will require plaintiff, prior to offering these tax returns into evidence, to demonstrate, by way of satisfactory documentation, (1) that the tax returns were actually filed with the Internal Revenue Service and other relevant government authorities (including the State of Louisiana Department of Revenue); and (2) that any sums represented to be due, including penalties and interest, were timely and fully paid to such governmental authorities.  Only upon such a showing will the Court allow any reference whatsoever to these tax returns.  Otherwise, Bisso Marine's motion to strike will be granted, and the documents will not be admitted into evidence.  These tax returns should not be referred to by counsel until such a demonstration has been made.

Assuming the aforementioned conditions are satisfied, as for the other alleged inadequacies of these tax returns, counsel for Bisso Marine shall be provided a wide berth to cross examine plaintiff, as well as any other witness, including the CPA who prepared these tax returns, regarding such perceived shortcomings.

New Orleans, Louisiana, this 7th day of February, 2012.

                                             **KURT D. ENGELHARDT**
                                             **United States District Judge**