UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL JOSEPH DUPLANTIER | CIVIL ACTION |
| VERSUS | NO. 09-8066 |
| BISSO MARINE CO., INC., ET AL | SECTION "N" (4) |

## **ORDER AND REASONS**

Before the Court are the in limine motion of plaintiff Daniel Joseph Duplantier ("Duplantier") to require defendant Bisso Marine Company, Inc. ("Bisso Marine") to desist and refrain from mentioning four separate items (Rec. Doc. 80), and a similar in limine motion of Bisso Marine seeking this Court's approval to allow it to offer such evidence (Rec. Doc. 81). Both motions are, of course, opposed, based on their contrary and mutually exclusive nature. The Court rules as follows.

Plaintiff seeks to prevent defendant Bisso Marine from making any reference to his use of alcohol and/or illegal drugs; any prior arrests; any prior traffic violations, suspension of plaintiff's driver's license and/or that he has participated in drag racing; and that he has ever been convicted of any crime, including DWI. Defendant contends that plaintiff's drug use and commission of acts demonstrating his physical abilities would support the defenses urged by Bisso Marine in this litigation.

1

The Court will defer ruling on each of these items until trial, noting that some of this evidence may well be admissible under Federal Rule of Evidence 608, to the extent it relates to credibility, and possibly impeachment. Moreover, to the extent that any alcohol or drug use at a relevant time period might impact the plaintiff's ability to retain and recollect events or physical states pertinent to his claim, Bisso Marine will be allowed to question plaintiff about such alcohol and drug use. However, under Federal Rule of Evidence 401, not every imaginable criminal conviction will be allowed into evidence, nor will every traffic violation or "drag racing" incident. Likewise, arrests generally will not be admitted at trial, unless a foundation demonstrating relevance under Federal Rule of Evidence 401 can be established.

To the extent the defendant claims physical impairment, such evidence, including physical activities with listed witness Frazia Tourelle, including any altercation, will likely be admitted.

As described herein, these motions are **DEFERRED TO TRIAL**.

New Orleans, Louisiana, this 8th day of February, 2012.

**KURT D. ENGELHARDT**
**United States District Judge**