UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL JOSEPH DUPLANTIER | CIVIL ACTION |
| VERSUS | NO.: 09-8066 |
| BISSO MARINE CO., INC., ET AL | SECTION: "N" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff, Daniel Joseph Duplantier to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Bisso Marine Co., Inc.'s **Motion for Summary Judgment to Enforce Settlement (Rec. Doc. No. 121)** is **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Duplantier's counsel, Frank W. Lagarde, Jr., **SHALL** pay the outstanding patient balance of $4,296.46, or any negotiated amount, to Dr. Deitze on behalf of Duplantier. Such amount **SHALL NOT** be deducted from Duplantier's portion of the settlement proceeds, but rather that portion of the settlement proceeds to be used to reimburse counsel for his costs.

**IT IS FURTHER ORDERED** that Duplantier's counsel, Frank W. Lagarde, Jr., and Duplantier, **SHALL** each pay one-half of the $4,727.00 balance owed by Duplantier to Lakeside Regional Medical Center or its assign. Counsel **SHALL** deduct from Duplantier's portion of the

settlement proceeds the $2,363.50 for which Duplantier is responsible, which shall be paid to Lakeside Regional Medical Center or its assign, and Duplantier's counsel, Mr. Lagarde, shall pay the remaining $2,363.50. Should counsel negotiate a lesser amount, Duplantier will only be responsible for half of the negotiated amount, and counsel will be responsible for the balance. The remaining funds in counsel's trust account **SHALL** be disbursed forthwith in accordance with the settlement agreement.

New Orleans, Louisiana, this 12th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE

2